# IN THE SUPREME COURT OF THE STATE OF NEVADA

LN MANAGEMENT LLC SERIES 1909 BADGER CANYON,

Appellant,

vs.

FEDERAL NATIONAL MORTGAGE ASSOCIATION, A GOVERNMENT-SPONSORED ENTITY,

Respondent.

No. 77533

**FILED**

SEP 0 6 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is an appeal from an order granting summary judgment. Eighth Judicial District Court, Clark County; Kerry Louise Earley, Judge.

On March 6, 2019, this court entered an order reinstating the briefing schedule and directing appellant to file the opening brief and appendix within 90 days. On June 5, 2019, the parties filed a stipulation extending the time to file the opening brief until July 5, 2019. When appellant failed to file the opening brief, this court entered an order on July 22, 2019, directing appellant to file the opening brief and appendix within 14 days. This court cautioned that failure to timely file the opening brief could result in the imposition of sanctions, including dismissal of this appeal. To date, appellant has not filed the opening brief or otherwise communicated with this court. Accordingly, it appears appellant has abandoned this appeal, and this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

SUPREME COURT
OF
NEVADA

(O) 1947A

19-37331

cc:     Hon. Kerry Louise Earley, District Judge
Janet Trost, Settlement Judge
Kerry P. Faughnan
Wright, Finlay & Zak, LLP/Las Vegas
Eighth District Court Clerk